LF 9013.2 (06/05)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re                               )
                                    )    Case No: **09-05081-FLK11**
**SHUMATE SPOKANE, LLC,**           )
                                    )    **REQUEST FOR ENTRY OF ORDER**
                                    )    **GRANTING APPLICATION AND**
                                    )    **MOTION**
                    Debtor.         )

COMES NOW the undersigned and, based on the following representations and cited documents, requests that the Court grant the Application and Motion filed on behalf of **Shumate Spokane, LLC** on **November 4, 2009 and December 1, 2009, respectively** as Docket #s **139 and 173** for *(Brief description of motion with reference to rule or other authority)* an **Order: 1) Approving Employment Of Macatee Brokers Group, LLC d/b/a Sunbelt Powersports M&A As Advisor By Debtors In Possession; 2) Pre-Approving Terms Of Engagement Agreement Pursuant To 11 U.S.C. § 328(a); And 3) Shortening Time** and that the related proposed order which was or will be submitted as noted below be entered:

A. ☒ as an ex parte order where either no notice was required or where there are no pending objections following notice and hearing, as noted below; or

B. ☐ in anticipation of a hearing scheduled on _____ before Judge Frank L. Kurtz and that was specifically requested by the Court or required by Local Rule to be submitted; or

C. ☐ as a result of an actual hearing held on _____ before Judge Frank L. Kurtz and that was specifically requested by the Court to be submitted.

Dated:    **12/15/09**                    */s/ Barry W. Davidson*
                                          (Signature)
                                          Typed Name of Attorney:  Barry W. Davidson
                                          Phone Number:  (509) 624-4600


**THE FOLLOWING STATEMENTS ARE MADE UNDER PENALTY OF PERJURY:**

**Notice: (Docket # 176 )**

    **12/02/09**    Date Notice was Mailed
    **23**           Number of Days Required by Related Rule for the Filing of Objections
    **7**            Number of Days Given in the Notice for the Filing of Objections
        *(Includes three (3) additional days required by FRBP 9006, if notice was by mail.)*

**Certificate of Mailing: (Docket # 180 )  or  ☐  Notice Was Not Required for this Matter**
*Check all that are applicable*
- ☒ The Master Mailing List (MML) or Limited Mailing List (LML) used and attached to the Certificate of Mailing was retrieved from the data base of the Court on **December 1, 2009**;
- ☐ Notice was not required to be given to the Master Mailing List (MML), but notice was given to the parties noted on the Certificate of Mailing;
- ☐ Service was made in accordance with FRBP 7004 upon the affected parties as noted on the Certificate of Mailing.

**Objections:**
- ☒ There are no pending objections *(either there were no objections, any objections have been withdrawn or the proposed order is endorsed by all objecting parties.)*

**Related Items:**
(Docket #**140**)    **Certificate of Service of Application on U.S. Trustee**
(Docket #       )
(Docket #       )
(Docket #       )

Dated:   **12/15/09**                    */s/ Corinne E. Nickerl*
                                         (Signature)
                                         Name:  Corinne E. Nickerl
                                         Phone Number:  (509) 624-4600

Request for Entry of Order

| | |
|---|---|
| Barry W. Davidson<br>DAVIDSON BACKMAN MEDEIROS PLLC<br>1550 Bank of America Financial Center<br>601 West Riverside Avenue<br>Spokane, Washington 99201<br>(509) 624-4600<br><br>Attorney for John Michial Shumate and<br>Jennifer D. Shumate<br><br>   *and*<br><br>Dan O'Rourke<br>SOUTHWELL & O'ROURKE, P.S.<br>960 Paulsen Center<br>421 West Riverside Avenue<br>Spokane, Washington 99201<br>(509) 624-0159<br><br>Attorney for Shumate, Inc. | Michael J. Paukert<br>PAUKERT & TROPPMANN PLLC<br>522 West Riverside Avenue, Suite 560<br>Spokane, Washington 99201<br>(509) 232-7760<br><br>Attorney for Shumate Tri-City, LLC<br><br>   *and*<br><br>David E. Eash<br>Delian P. Deltchev<br>EWING ANDERSON, P.S.<br>Attorneys at Law<br>221 North Wall Street, Suite 500<br>Spokane, Washington 99201<br>(509) 838-4261<br><br>Attorney for Shumate Spokane, LLC |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re . . .<br><br>**JOHN MICHIAL SHUMATE** and<br>**JENNIFER D. SHUMATE,**<br><br>        Debtors. | No. **09-05078-FLK11**<br>Chapter **11** |
| **SHUMATE, INC.,**<br><br>        Debtor. | No. **09-05079-FLK11**<br>Chapter **11** |
| In re . . .<br><br>**SHUMATE TRI-CITY, LLC,**<br><br>        Debtor. | No. **09-05080-FLK11**<br>Chapter **11** |
| In re . . .<br><br>**SHUMATE SPOKANE, LLC,**<br><br>        Debtor. | No. **09-05081-FLK11**<br>Chapter **11** |

**ORDER: 1) APPROVING EMPLOYMENT OF MACATEE BROKERS GROUP, LLC D/B/A SUNBELT POWERSPORTS M&A AS ADVISOR BY DEBTORS IN POSSESSION; 2) PRE-APPROVING TERMS OF ENGAGEMENT AGREEMENT PURSUANT TO 11 U.S.C. § 328(a); AND 3) SHORTENING TIME**

THIS MATTER having come on regularly for hearing upon the Application

For Approval Of Employment Of Macatee Brokers Group, LLC d/b/a Sunbelt

Page 1
Order: 1) Approving Employment of Advisor; 2) Pre-Approving
Terms of Engagement Agreement; and 3) Shortening Time
Shumate\Pleadings.cn

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

Powersports M&A As Advisor Under 11 U.S.C. Section 328(a) By Debtors In Possession (the "Application") and the Motion For Order Pre-Approving Terms Of Engagement Agreement Between Debtors In Possession And Macatee Brokers Group, LLC d/b/a Sunbelt Powersports M&A Pursuant To 11 U.S.C. § 328(a), And Shortening Time For Notice (the "Motion"), and it appearing from the records and files herein that due notice of said Application and Motion was provided to the United States Trustee and all creditors and parties in interest, and no objections having been received, and the Court being fully advised in the premises, and the appointment not being prohibited by Rule 5002; NOW THEREFORE,

IT IS HEREBY ORDERED that the employment of MACATEE BROKERS GROUP, LLC d/b/a SUNBELT POWERSPORTS M&A, 320 Decker Drive, Suite 100, Irving, Texas 75062, as advisor for John Michial Shumate and Jennifer D. Shumate, Shumate, Inc., Shumate Tri-City, LLC, and Shumate Spokane, LLC, is approved subject to the terms and conditions set forth in this Order, the Application, the Engagement Agreement, and 11 U.S.C. Section 328.

IT IS FURTHER ORDERED that, in addition to approval of the Bankruptcy Court, any sale of the assets or ownership of Shumate Spokane, LLC or Shumate Tri-City, LLC is subject to the prior written approval of Harley-Davidson Motor Company.

IT IS FURTHER ORDERED that the terms of compensation as set forth in

Page 2
Order: 1) Approving Employment of Advisor; 2) Pre-Approving Terms of Engagement Agreement; and 3) Shortening Time
Shumate\Pleadings.cn

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

the Engagement Agreement are pre-approved pursuant to 11 U.S.C. Section 328(a); provided, however, that the Court may allow compensation different from the compensation provided under the terms and conditions of the Engagement Agreement, after the conclusion of such employment, if such terms and conditions prove to have been improvident in light of developments not capable of being anticipated at the time of the fixing of such terms and conditions.

IT IS FURTHER ORDERED that the Engagement Agreement, attached to the Application and Motion, is hereby approved, subject to the conditions set forth above.

IT IS FINALLY ORDERED that time for notice of the Application is shortened to a period of seven (7) days, including time for mailing.

Presented by:

DAVIDSON BACKMAN MEDEIROS PLLC

/s/ *Barry W. Davidson*
Barry W. Davidson, WSBA No. 07980
Attorney for John Michial Shumate and
Jennifer D. Shumate


SOUTHWELL & O'ROURKE, P.S.

/s/ *Dan O'Rourke*
Dan O'Rourke, WSBA No. 04911
Attorney for Shumate, Inc.

Page 3
Order: 1) Approving Employment of Advisor; 2) Pre-Approving Terms of Engagement Agreement; and 3) Shortening Time
Shumate\Pleadings.cn

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

PAUKERT & TROPPMANN PLLC

  /s/ Michael J. Paukert
Michael J. Paukert, WSBA No. 20237
Attorney for Shumate Tri-City, LLC


EWING ANDERSON, P.S.

  /s/ David E. Eash
David E. Eash, WSBA No. 06684
Delian P. Deltchev, WSBA No. 36908
Attorney for Shumate Spokane, LLC

Page 4
Order: 1) Approving Employment of Advisor; 2) Pre-Approving Terms of Engagement Agreement; and 3) Shortening Time
Shumate\Pleadings.cn

DAVIDSON  BACKMAN  MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600