Barry W. Davidson
DAVIDSON BACKMAN MEDEIROS PLLC
1550 Bank of America Financial Center
601 West Riverside Avenue
Spokane, Washington 99201
(509) 624-4600

Attorney for John Michial Shumate and
Jennifer D. Shumate

   and

Dan O'Rourke
SOUTHWELL & O'ROURKE, P.S.
960 Paulsen Center
421 West Riverside Avenue
Spokane, Washington 99201
(509) 624-0159

Attorney for Shumate, Inc.

Michael J. Paukert
PAUKERT & TROPPMANN PLLC
522 West Riverside Avenue, Suite 560
Spokane, Washington 99201
(509) 232-7760

Attorney for Shumate Tri-City, LLC

   and

David E. Eash
Delian P. Deltchev
EWING ANDERSON, P.S.
Attorneys at Law
221 North Wall Street, Suite 500
Spokane, Washington 99201
(509) 838-4261

Attorney for Shumate Spokane, LLC

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re . . .<br>**JOHN MICHIAL SHUMATE** and **JENNIFER D. SHUMATE,**<br>        Debtors. | No. **09-05078-FLK11**<br>Chapter **11** |
| In re . . .<br>**SHUMATE, INC.,**<br>        Debtor. | No. **09-05079-FLK11**<br>Chapter **11** |
| In re . . .<br>**SHUMATE TRI-CITY, LLC,**<br>        Debtor. | No. **09-05080-FLK11**<br>Chapter **11** |
| In re . . .<br>**SHUMATE SPOKANE, LLC,**<br>        Debtor. | No. **09-05081-FLK11**<br>Chapter **11** |

**ORDER APPROVING EMPLOYMENT OF BERRETH, LOCHMILLER & ASSOCIATES, PLLC AS ACCOUNTANT BY DEBTORS IN POSSESSION, AND SHORTENING TIME**

THIS MATTER having come on regularly for hearing upon the Application For Approval Of Employment Of Berreth, Lochmiller & Associates, PLLC As

Page 1
Order Approving Employment of Accountant
Shumate\Pleadings.cn

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

Accountant Under 11 USC Section 327 By Debtors In Possession (the "Application"), and it appearing from the records and files herein that due notice of said Application was provided to the United States Trustee and all creditors and parties in interest, and no objections having been received, and the Court being fully advised in the premises, and the appointment not being prohibited by Rule 5002; NOW THEREFORE,

IT IS HEREBY ORDERED that the employment of BERRETH, LOCHMILLER & ASSOCIATES, PLLC, 521 North Argonne, Suite #101, Spokane Valley, Washington 99212, as accountants for John Michial Shumate and Jennifer D. Shumate, Shumate, Inc., Shumate Tri-City, LLC, and Shumate Spokane, LLC, is approved subject to the terms and conditions set forth in the Application and 11 USC Section 328.

IT IS FURTHER ORDERED that any actual award of compensation is subject to further order of the Court pursuant to 11 USC Section 330.

IT IS FURTHER ORDERED that compensation billed by BERRETH, LOCHMILLER & ASSOCIATES, PLLC shall be segregated on a case by case basis, with each Debtor to be responsible for payment of the fees and costs incurred by the estate of that Debtor.

IT IS FINALLY ORDERED that time for notice of the Application is shortened to a period of seven (7) days, including time for mailing.

Page 2
Order Approving Employment of Accountant
Shumate\Pleadings.cn

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

Presented by:

DAVIDSON BACKMAN MEDEIROS PLLC

/s/ Barry W. Davidson
Barry W. Davidson, WSBA No. 07980
Attorney for John Michial Shumate and
Jennifer D. Shumate


SOUTHWELL & O'ROURKE, P.S.

/s/ Dan O'Rourke
Dan O'Rourke, WSBA No. 04911
Attorney for Shumate, Inc.


PAUKERT & TROPPMANN PLLC

/s/ Michael J. Paukert
Michael J. Paukert, WSBA No. 20237
Attorney for Shumate Tri-City, LLC


EWING ANDERSON, P.S.

/s/ David E. Eash
David E. Eash, WSBA No. 06684
Delian P. Deltchev, WSBA No. 36908
Attorney for Shumate Spokane, LLC

*Frank L. Kurtz*
Frank L. Kurtz
Bankruptcy Judge

12/21/2009 14:59:56

Page 3
Order Approving Employment of Accountant
Shumate\Pleadings.cn

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600