JOHN D. MUNDING
CRUMB & MUNDING, P.S.
601 W. Riverside, #1950
Spokane, WA 99201
(509) 624-6464
munding@crumb-munding.com

Attorneys for Party-in-Interest

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re:                                )
                                      ) Case No. 09-05081-FLK 11
**SCHUMATE SPOKANE, LLC.,**           )
                                      )
                                      ) **NOTICE OF APPEARANCE**
        Debtor.                       ) **AND REQUEST FOR NOTICE**
                                      )

**TO:    DEBTOR, and your attorneys, David E. Eash**

**AND TO:    The Clerk of the Court**

**PLEASE TAKE NOTICE**, that the law firm of Crumb & Munding, P.S. hereby enters an appearance on behalf of the Party-in-Interest, RIDE NOW PROPERTIES, LLC, and requests that all pleadings, correspondence, and other documentation, be served on the undersigned as attorneys for the Party-in-Interest.

DATED this 8 day of March, 2010.

CRUMB & MUNDING, P.S.

_____
JOHN D. MUNDING, WSBA #21734
Attorneys for Party-in-Interest

NOTICE OF APPEARANCE - 1

CRUMB & MUNDING, P.S.
111 S. POST STREET, PH 2290
THE DAVENPORT TOWER
SPOKANE, WA 99201
(509) 624-6464
FAX (509) 624-6155