Anthony E. Grabicki
RANDALL | DANSKIN
601 West Riverside Avenue, Suite 1500
Spokane, Washington 99201
Telephone: (509) 747-2052

Attorneys for Seven Oaks Motor Sports, LLC

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| In re: | ) | Case No. 09-05081-FLK11 |
| | ) | |
| SHUMATE SPOKANE, LLC, | ) | SEVEN OAKS MOTOR SPORTS, |
| | ) | LLC'S OBJECTION TO DEBTOR'S |
| | ) | PROPOSED BID PROCEDURES AND |
| | ) | OTHER RELIEF |
| Debtor. | ) | |

COMES NOW Seven Oaks Motor Sports, LLC which does business as Lone-Wolf Harley-Davidson and Buell in Coeur d'Alene, Idaho and hereby objects to the proposed bid procedures and other related relief that was requested in the debtor's motion filed under Docket No. 251. Seven Oaks Motor Sports, LLC objects to the proposed bid procedures because they are complex, confusing, and may have a prejudicial impact on potential overbidders for the proposed sale of assets. Seven Oaks Motor Sports, LLC is considering submitting an overbid but believes that the current bid procedures proposed by the debtor may prevent Seven Oaks from qualifying as an overbidder.

DATED this 15th day of March, 2010.

RANDALL | DANSKIN

By    /s/ Anthony E. Grabicki
      Anthony E. Grabicki
      Attorneys for Seven Oaks Motor
      Sports, LLC, dba Lone-Wolf
      Harley-Davidson

**RANDALL | DANSKIN**
A PROFESSIONAL SERVICE CORPORATION
1500 SEAFIRST FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0653
(509) 747-2052