DAVID E. EASH
deash@ewinganderson.com
Ewing Anderson, P.S.
221 N. Wall, Suite 500
Spokane, WA 99201
(509) 838-4261
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| In Re: | |
|---|---|
| **SHUMATE SPOKANE, LLC.,** <br><br> Debtor. | NO. 09-05081-FLK 11 <br><br> NOTICE OF: <br> (1) BID DEADLINE; <br> (2) AUCTION SALE DATE; <br> (3) HEARING ON APPROVAL OF ASSET SALE TO STALKING HORSE BIDDER OR OVERBIDDER |

TO: ALL PERSONS LISTED ON THE MASTER MAILING LIST AND ALL PERSONS REQUESTING NOTICE

**Bid Deadline:** May 14, 2010. 5:00 PM PDT
**Auction Sale:** May 21st, 2010 at 2:00 PM PDT
**Hearing on Sale:** May 24th, 2010 at 10:30 AM PDT (telephone hearing)

NOTICE IS HEREBY GIVEN pursuant to the Order On Debtor's Motion For Order Approving Bid Procedures ( "Bid Procedures Order") (Docket # 297) entered herein on April 14, 2010, Debtor has set the Bid Deadline pursuant to paragraph 4.c. of the Bid Procedures Order. A copy of the Order accompanies this Notice. The Bid

Deadline has been set for the close of business, 5:00 p.m. PDT, on May 14, 2010. Any potential buyer who wishes to submit a proposed over-bid to the Stalking Horse Asset Purchase Agreement must fully comply with all the requirements set forth in the Bid Procedures Order. <u>ANY POTENTIAL BUYER IS URGED TO CLOSELY REVIEW THE REQUIREMENTS SET FORTH IN THE BID PROCEDURES ORDER AND SUBMIT THE REQUIRED DOCUMENTS TO DEBTOR'S ATTORNEY AND MAKE THE NECESSARY CASH DEPOSIT OF AT LEAST $100,000 ON OR BEFORE THE BID DEADLINE AND TIMELY SUBMIT ALL INFORMATION REQUIRED TO BE SUBMITTED TO HARLEY DAVIDSON MOTOR COMPANY (HDMC) IN ORDER TO BECOME A QUALIFIED BIDDER.</u>

## AUCTION SALE

NOTICE IS FURTHER GIVEN that in the event an over-bid by a Qualified Bidder is received by the Debtor prior to the Bid Deadline, an auction will take place on the 21st day of May, 2010, at the hour of 2:00 p.m. PDT., in the offices of debtor's attorney pursuant to the Bid Procedures Order.

## HEARING ON MOTION FOR ORDER APPROVING SALE

NOTICE IS FURTHER GIVEN that the Court has set a hearing on Debtor's motion to sell certain assets to the Stalking Horse or other successful bidder at auction free and clear of liens, to assume and assign or reject certain leases, and terminate that certain dealership agreement between Debtor and Harley Davidson Motor Corporation. Said hearing is set for the 24th day of May, 2010, at the hour of 10:30 AM. Said hearing will be conducted by telephone. Anyone wishing to

participate should call 509-353-3192. If you do not participate at this hearing, relief as requested may be granted without further notice to you.

DATED this 30th day of April, 2010.

                                    EWING ANDERSON, P.S.

                                    /s/ David E. Eash
By:_____
                                    DAVID E. EASH WSBA #6684
                                    Attorneys for Debtor

R:\USERS\WP\DEE\Shumsp05.001\SaleFreeAndClear 363\LoneWolf\Bid Deadline Etc-Notice.doc