DAVID E. EASH
deash@ewinganderson.com
EWING ANDERSON, P.S.
Attorneys at Law
221 N. Wall, Suite 500
Spokane, WA 99201
(509) 838-4261

Attorneys for Debtor.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| In Re: | |
|---|---|
| | NO. 09-05081-FLK11 |
| SHUMATE SPOKANE, LLC., | |
| | DECLARATION OF MAILING |
| Debtor. | |

    The undersigned, a citizen of the United States and a resident of the State of Washington, an over the age of eighteen (18) years, am competent to be a witness in a court of law; and am not a party to the within-entitled action.

    On the 30th day of April, 2010, I deposited in the United States Mail, by first class, postage prepaid, to each of the parties listed on the attached Master Mailing List, obtained from the court on 4/30/10, a copy of the following pleadings:

    1. Notice of (1) Bid Deadline; (2) Auction Sale Date; (3) Hearing on Approval of asset Sale to Stalking Horse Bidder or Overbidder;

    2. Order on Debtors' Motion Pursuant to 11 USC §105, 363 & 364 and Fed R Bankr P 2002, 6004 and 6006 for an Order Approving Bid Procedures and Related Relief;

     3. Notice of Shumate Spokane, LLC's Amended Motion (I) to Sell Certain Assets to a Stalking Horse or Other Successful Bidder at Auction, Free and Clear of Liens, Claims, Interests, and Encumbrances Pursuant to 11 USC §363 (f); (II) To Assume and Assign or Reject Certain Leases in Connection with the Sale Pursuant to 11 USC §365; (III) To Terminate That Certain Dealership Agreement Pursuant to 11 USC §363; and (IV) for Related Relief

     4. Notice of Motion for Order Shortening Time; and

     5. Motion for Order Shortening Time

     I further certify, under penalty of perjury, that the foregoing is true and correct.

     DATED this 30th day of April, 2010.

_____
*[signature]*