| | | |
|---|---|---|
| Label Matrix for local noticing<br>0980-2<br>Case 09-05081-FLK11<br>EASTERN DISTRICT OF WASHINGTON<br>Spokane/Yakima<br>Fri Apr 30 09:21:32 PDT 2010 | ADP Lightspeed<br>P.O. Box 88921<br>Chicago, IL 60695-1921 | ADP Taxware, Inc.<br>P.O. Box 7247-6342<br>Philadelphia, PA 19170-0001 |
| AFLAC<br>Remittance Processing Services<br>1932 Wynnton Road<br>Columbus, GA 31999-0001 | Ace Product Management Group Inc.<br>12801 West Silver Spring Road<br>Butler, WI 53007-1016 | Advanced Mechanical System<br>P.O. Box 4125<br>Spokane, WA 99220-0125 |
| Nathan T Alexander<br>Dorsey & Whitney LLP<br>701 5th Ave Ste 6100<br>Seattle, WA 98104-7043 | Allpro Landscape Maintenance<br>P.O. Box 11603<br>Spokane, WA 99211-1603 | American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 |
| American Heritage Insurance Serv.<br>1776 American Heritage<br>Jacksonville, FL 32224-6688 | American Honda Finance Corporation dba Honda | American National Insurance Co.<br>P.O. Box 9007<br>League City, TX 77574-9007 |
| Antelope Valley Harley-Davidson<br>1759 West Avenue J-12<br>Lancaster, CA 93534-4677 | Aramark Uniform Services<br>P.O. Box 9040<br>Everett, WA 98206-9040 | Aspen Valley Harley-Davidson<br>2302 Devereux Rd.<br>Glenwood Springs, CO 81601-8707 |
| Assurant<br>P.O. Box 806644-1<br>Kansas City, MO 64180-6644 | Attorney General's Office<br>Bankruptcy & Collections Unit<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188 | (c)ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY & COLLECTIONS UNIT<br>901 5TH AVE STE 2000<br>SEATTLE WA  98164-2076 |
| Avista Utilities<br>1114 East Mission Avenue<br>Spokane, WA 99252-0001 | Bakersfield Harley-Davidson<br>35089 Merle Haggard Drive<br>Bakersfield, CA 93308 | Baron & Baron, Inc.<br>15462 Electronic Lane<br>Huntington Beach, CA 92649-1334 |
| Battlefield Harley-Davidson<br>21 Calvary Field Road<br>Gettysburg, PA 17325-8272 | Beartooth Harley Davidson<br>6900 South Frontage Road<br>Billings, MT 59101-6220 | Biederlack of America<br>P.O. Box 890011<br>Charlotte, NC 28289-0011 |
| Biggs Harley-Davidson<br>717 Center Drive<br>San Marcos, CA 92069-3536 | Black Canyon Harley-Davidson<br>87 Merchant Drive<br>Montrose, CO 81401-3015 | Bobby's Territorial Harley<br>Davidson<br>2550 East Gila Ridge Road<br>Yuma, AZ 85365-2201 |
| Bravado International Group<br>2450 Fifth Avenue, 8th Floor<br>New York, NY 10016-0000 | Brett Sports & Entertainment<br>700 West Mallon<br>Spokane, WA 99201-2134 | Buell Motorcycle Company<br>3700 West Juneau Avenue<br>Milwaukee, WI 53208-2818 |

| | | |
|---|---|---|
| Bulova Corporation<br>P.O. Box 36138<br>Newark, NJ 07188-6106 | John F Bury<br>Murphy Bantz Bury PS<br>818 W Riverside #631<br>Spokane, WA 99201-0910 | Timothy J Carlson<br>Carlson Boyd & Bailey PLLC<br>230 S 2nd St Ste 202<br>Yakima, WA 98901-2865 |
| Carlton Harley-Davidson<br>11771 State Route 44<br>Mantua, OH 44255-9646 | Carolina Harley-Davidson<br>P.O. Box 3837<br>Gastonia, NC 28054-0039 | Carson City Harley-Davidson<br>2900 Research Way<br>Carson City, NV 89706-7909 |
| Cascade Harley-Davidson<br>63028 Sherman Road<br>Bend, OR 97701-5750 | Certified Security<br>1420 North Pines Road<br>Spokane, WA 99206-4943 | City of Lewiston<br>PO Box 617<br>Lewiston, ID 83501-0617 |
| Color Match<br>Gary Whitcomb<br>P.O. Box 40066<br>Spokane, WA 99220-1066 | Columbia Motorcycle<br>1314 NE 102nd Street & HW<br>Vancouver, WA 98686-4704 | Columbia River Bank<br>17800 SE Mill Plain Blvd. Suite 100<br>Vancouver, WA 98683-7586 |
| Columbia River Bank<br>139 Gage Boulevard<br>Richland, WA 99352-8901 | Comcast<br>P.O. Box 34227<br>Seattle, WA 98124-1227 | Corbin<br>777 Main Street<br>Daytona Beach, FL 32118-4221 |
| Corona Harley Davidson & Buell<br>2410 Wardlow Road<br>Corona, CA 92880-2892 | Credit Northwest Corporation<br>P.O. Box 105835<br>Atlanta, GA 30348-5835 | Michael D Currin<br>Witherspoon Kelley Davenport Toole<br>422 W Riverside Ave<br>Suite 1100<br>Spokane, WA 99201-0300 |
| Custom Chrome<br>18225 Serene Dr. #150<br>Morgan Hill, CA 95037-2860 | Cyber Source<br>File 74009<br>P.O. Box 60000<br>San Francisco, CA 94160-0001 | Cycle Barn, Inc.<br>d/b/a Harley Davidson of Seattle<br>P.O. Box 1335<br>Lynnwood, WA 98046-1335 |
| Cycle Trader<br>P.O. Box 3855<br>Norfolk, VA 23514-3855 | D&D Performance Enterprises<br>2923 Edith Lane<br>Haltom City, TX 76117-4322 | D&S Harley Davidson<br>3846 South Pacific Highway<br>Medford, OR 97501-8916 |
| DaimlerChrylser Financial Services Americas,<br>c/o Hale Dewey & Knight, PLLC<br>88 Union Ave., Ste. 700<br>Memphis, TN 38103-5128 | DaimlerChrysler Financial Services<br>P.O. Box 2916<br>Milwaukee, WI 53201-2916 | DaimlerChrysler Financial Services Americas,<br>c/o Rebecca Jolly<br>88 Union Avenue, Suite 700<br>Memphis, TN 38103-5128 |
| Dart World, Inc.<br>P.O. Box 845<br>140 Linwood Street<br>Lynn, MA 01905-1271 | Barry W Davidson^<br>Davidson Backman Medeiros PLLC<br>601 West Riverside Avenue<br>Suite 1550<br>Spokane, WA 99201-0603 | Department of Licensing<br>6517 Ledgerwood<br>Spokane, WA 99208-5390 |

| | | |
|---|---|---|
| Dept. of Commerce & Labor<br>317 West Main Street<br>Boise, ID 83735-0001 | Dept. of Labor & Industries<br>Collections Unit<br>P.O. Box 44170<br>Olympia, WA 98504-4170 | Dex Media West, Inc.<br>P.O. Box 79167<br>Phoenix, AZ 85062-9167 |
| Lisa J Dickinson<br>Dickinson Law Firm PLLC<br>1320 N. Atlantic St, Suite B<br>Spokane, WA 99201-2304 | Die-Cast Promotions<br>9866 Kapp Court<br>Peosta, IA 52068-9451 | Downtown Harley Davidson Renton<br>3715 East Valley Road<br>Renton, WA 98057-4948 |
| Drag Specialities<br>P.O. Box 5222<br>Janesville, WI 53547-5222 | EPIC Capital Partners LLC<br>PO Box 5618<br>El Dorado Hills CA  95762-0011 | Eagle's Nest Harley-Davidson<br>P.O. Box 2036<br>Manteca, CA 95336-1157 |
| David E. Eash<br>Ewing Anderson, P.S.<br>221 N Wall<br>Suite 500<br>Spokane, WA 99201-0824 | Marcia P Ellsworth<br>Peterson Russell Kelly PLLC<br>10900 NE 4th Street<br>Suite 1850<br>Bellevue, WA 98004-8341 | Employment Security Department<br>Insolvency Unit<br>P.O. Box 9046<br>Olympia, WA 98507-9046 |
| Equifax Information Services<br>1100 Abernathy Road,<br>Suite 300, Mail Drop 52D<br>Atlanta, GA 30328-5620 | Exhaust Productions, Inc.<br>2777 East 83rd Place<br>Merrillville, IN 46410-6409 | FPS<br>P.O. Box 1358<br>Stanwood, WA 98292-1358 |
| Fargo Harley-Davidson SLS<br>600 West Main Avenue<br>West Fargo, ND 58078-1123 | Michael J Farrell<br>Martin Bischoff Templeton Langslet & Hof<br>888 SW 5th Ave<br>Suite 900<br>Portland, OR 97204-2023 | Faultlilne Harley-Davidson/Buell<br>41315 Albrae Street<br>Fremont, CA 94538-3157 |
| FedEx<br>P.O. Box 94515<br>Palatine, IL 60094-4515 | Felt, Martin, Frazier & Weldon, P.C.<br>P.O. Box 2558<br>Billings, MT 59103-2558 | Timothy R Fischer<br>Murphy Bantz & Bury PS<br>818 W Riverside Ave Ste #631<br>Spokane, WA 99201-0910 |
| Fisher Systems, Inc.<br>2117 - 12th Avenue<br>Lewiston, ID 83501-3588 | Carter L Fjeld<br>Velikanje Halverson P.C.<br>P O Box 22550<br>Yakima, WA 98907-2550 | Formotion Products Company<br>30 Liberty Ship Way<br>Sausalito, CA 94965-3306 |
| GE Capital Franchise Finance Corp.<br>Attn: Collateral Management<br>8377 East Hartford Drive, Ste. 200<br>Scottsdale, AZ 85255-5687 | GEM State Security<br>1521 - 17th Avenue<br>Lewiston, ID 83501-3915 | GMAC<br>P.O. Box 630071<br>Dallas, TX 75263-0000 |
| GMAC<br>P.O. box 130424<br>Roseville, Mn 55113-0004 | David P Gardner<br>Winston & Cashatt<br>601 W Riverside Avenue, Suite 1900<br>Spokane, WA 99201-0695 | George F Latus LLC<br>C/O Carlson Boyd & Bailey PLLC<br>230 S. 2nd St<br>Yakima WA 98901-2865 |

| | | |
|---|---|---|
| George F. Latus, LLC<br>Team Latus Motors Harley-Davidson<br>870 E. Berkeley<br>Gladstone, OR 97027-2551 | George F. Latus, LLC<br>870 E. Berkeley St.<br>Gladstone, OR 97027-2551 | George Latus LLC (Landlord)<br>870 E BERKELEY<br>Gladstone OR 97027-2551 |
| Golden Spike Harley-Davidson<br>892 West Riverdale Road<br>Ogden, UT 84405-3717 | Anthony E Grabicki<br>Randall & Danskin<br>601 West Riverside<br>Suite 1500<br>Spokane, WA 99201-0653 | Anthony E Grabicki<br>Randall & Danskin PS<br>601 W Riverside<br>Suite 1500<br>Spokane, WA 99201-0653 |
| Grand Canyon Harley Davidson<br>Buell Shop<br>P.O. Box 1035<br>Mayer, AZ 86333-1035 | Grand Canyon Harley Davidson<br>P.O. Box 16183<br>Bellemont, AZ 86015-6183 | Grand Teton Harley Davidson<br>848 Houston Ave<br>Idaho Falls, ID 83402-3218 |
| Guardian Bells, LLC<br>P.O. Box 688<br>Scottsdale, AZ 85252-0688 | HAPO Credit Union<br>601 Williams Blvd.<br>Richland, WA 99354-3258 | Hall's Harley-Davidson/Buell<br>1501 Mangrove Avenue<br>Chico, CA 95926-2645 |
| Harley Davidson Credit<br>8529 Innovation Way<br>Chicago, IL 60682-0085 | Harley Davidson Credit<br>P.O. Box 21790<br>Carson City, NV 89721-1790 | Harley Davidson Credit P&A<br>P.O. Box 88936<br>Chicago, IL 60695-1936 |
| Harley Davidson Extended Warranty<br>P.O. Box 2840<br>Scottsdale, AZ 85252-2840 | Harley Davidson Insurance<br>P.O. Box 634<br>Carson City, NV 89702-0634 | Harley-Davidson Credit Corp.<br>P O Box 829009<br>Dallas, TX 75382-9009 |
| Harley-Davidson Credit Corp.<br>Attention: General Counsel<br>1179 Fairview Drive, Suite G<br>Carson City, NV 89701-5405 | Harley-Davidson Credit Corporation<br>c/o Jed W. Morris<br>717 W Sprague Avenue, Suite 1600<br>Spokane, WA 99201-3923 | Harley-Davidson Extended Service<br>P.O. Box 2840<br>Scottsdale, AZ 85252-2840 |
| Harley-Davidson Motor Company<br>3700 West Juneau Avenue<br>Milwaukee, WI 53208-2865 | Harley-Davidson of Salt Lake City<br>2928 South State Street<br>Salt Lake City, UT 84115-3811 | Harley-Davidson of Vallejo<br>1600 Sonoma Boulevard<br>Vallejo, CA 94590-6010 |
| Harley-Davidson of Waco<br>4201 South Jack Kultgen Freeway<br>Waco, TX 76706-4626 | Heart of Dixie Harley-Davidson<br>333 Cahaba Valley Parkway<br>Pelham, AL 35124-1125 | Henderson Harley Davidson<br>1010 West Warm Springs Road<br>Henderson, NV 89014-7839 |
| High Country Harley Davidson<br>3761 Monarch Street<br>Erie, CO 80516-9455 | Highway 101 Harley-Davidson of<br>Coos Bay<br>536 South 2nd Street<br>Coos Bay, OR 97420-1501 | Mark A Hoff<br>16507 N. Madison Rd<br>Mead, WA 99021-8731 |

| | | |
|---|---|---|
| House of Thunder Harley Davidson<br>16175 Condit Road<br>Morgan Hill, CA 95037-9508 | IDSC Holdings LLC<br>950 Technology Way<br>Libertyville, IL 60048-5339 | Idaho Ice<br>220 West Morton<br>Moscow, ID 83843-2004 |
| Idaho State Income Tax Dept.<br>P.O. Box 36<br>Boise, ID 83722-0036 | Idaho State Tax Commission<br>P.O. Box 36<br>Boise, ID 83722-0036 | Idearc Media<br>f/k/a Verizon Directories<br>5601 Executive Drive<br>Irving, Texas 75038-2508 |
| Idearc Media Corp.<br>P.O. Box 619009<br>Dallas, TX 75261-9009 | Inland Arts & Graphics<br>P.O. Box 575<br>New Lenox, IL 60451-0575 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 |
| Iron Steed Harley Davidson<br>100 Auto Center Drive<br>Vacaville, CA 95687-3107 | Nancy L Isserlis<br>Winston and Cashatt PS<br>601 W Riverside Avenue<br>Suite 1900<br>Spokane, WA 99201-0695 | J&L Harley-Davidson<br>2601 West 60th Street North<br>Sioux Falls, SD 57107-0860 |
| J. Jacobs & Co.<br>214 East Harris Avenue<br>South San Francisco, CA 94080-6804 | Rebecca M Jolly<br>Hale Dewey & Knight PLLC<br>88 Union Ave Ste 700<br>Memphis, TN 38103-5128 | KGM Assemblers, Inc.<br>21235 - 76th Avenue South<br>Kent, WA 98032-2443 |
| KeyBank National Association<br>26 West Kennewick Avenue<br>Kennewick, WA 99336 | Kids Preferred, LLC<br>P.O. Box 947<br>Hightstown, NJ 08520-0947 | Killer Creek Harley Davidson<br>11480 Alpharetta Highway<br>Roswell, GA 30076-3801 |
| Frank L Kurtz | LCD Exposition Services<br>P.O. Box 4487<br>Spokane, WA 99220-0487 | LCSC Continuing Education & Comm.<br>415 Main Street<br>Lewiston, ID 83501-1821 |
| Lamar Companies<br>P.O. Box 96030<br>Baton Rouge, LA 70896-9030 | Las Vegas Harley-Davidson Buell<br>2605 S Eastern Ave., Ste 100<br>Las Vegas, NV 89169-1886 | Las Vegas Harley-Davidson Buell<br>2605 S. Eastern Avenue<br>Las Vegas, NV 89169-1874 |
| Legend Harley-Davidson<br>9625 Provost Road Northwest<br>Silverdale, WA 98383-9256 | Legend Harley-Davidson & Buell<br>9625 Provost Road Northwest<br>Silverdale, WA 98383-9256 | Legend Harley-Davidson Wenatchee<br>708 South Wenatchee Avenue<br>Wenatchee, WA 98801-3072 |
| Lewiston Chamber of Commerce<br>111 Main Street, Suite #120<br>Lewiston, ID 83501-2142 | Michael L Loft<br>Witherspoon Kelley Davenport & Toole PS<br>422 W Riverside Avenue, Suite 1100<br>Spokane, WA 99201-0300 | MG Trust Company<br>P.O. Box 46546<br>Denver, CO 80201-6546 |

| | | |
|---|---|---|
| MOD Jewelry Inc.<br>3176 Pullman Street<br>Costa Mesa, CA 92626-3317 | Mankato Harley-Davidson<br>1200 North River Drive<br>Mankato, MN 56001-2280 | McGuire Harley Davidson Shop<br>2000 San Ramon Valley B<br>San Ramon, CA 94583-1206 |
| MetLife<br>P.O. Box 804466<br>Kansas City, MO 64180-4466 | Mike's Heating & Air Conditioning<br>3504 Ninth Street<br>Lewiston, ID 83501-5027 | Montana Harley-Davidson Buell<br>Ducati<br>2315 South Avenue West<br>Missoula, MT 59801-6411 |
| Jed W Morris<br>Lukins & Annis, PS<br>717 W Sprague Avenue, Suite 1600<br>Spokane, WA 99201-0466 | Zachary Mosner<br>Office of Atty General - Wash State<br>800 Fifth Avenue<br>Suite 2000<br>Seattle, WA 98104-3188 | Mr. Eric M. Steven, Esq.<br>Eric M. Steven, P.S.<br>1403 West Boone Avenue<br>Spokane, WA 99201-2747 |
| Mr. William L. Hames, Esq.<br>Attorney at Law<br>P.O. Box 5498<br>Kennewick, WA 99336-0498 | Mr. Wm. Scott Hislop, Esq.<br>Law Office of Wolff & Hislop<br>12209 East Mission, Suite 5<br>Spokane, WA 99206-4824 | John D Munding<br>Crumb & Munding<br>Davenport Tower, PH 2290<br>111 S. Post Street<br>Spokane, WA 99201-4900 |
| NADA Appraisal Guides<br>3186 K Airway Avenue<br>Costa Mesa, CA 92626-4650 | Nanonation, Inc.<br>301 South 13th Street<br>Lincoln, NE 68508-2537 | Nez Perce County Tax Collector<br>P.O. Box 896<br>Lewiston, ID 83501-0896 |
| Oxarc<br>4003 E Broadway Ave<br>Spokane, WA 99202-4528 | Pan Optx<br>1252 Quarry Lane, Suite A<br>Pleasanton, CA 94566-4756 | Parts Unlimited Lemans<br>Helm & Helm Inc PS<br>PO Box 65229<br>Shoreline, WA 98155-9229 |
| Patricia Rice<br>7 Cathy Ave<br>Hawthorne, NJ 07506-1001 | Paul Oxman Publishing, Inc.<br>P.O. Box 94618<br>Las Vegas, NV 89193-4618 | Peninsula Harley-Davidson, Inc.<br>380 Convention Way<br>Redwood City, CA 94063-1405 |
| James D Perkins^<br>U S Trustee<br>920 W Riverside<br>#593<br>Spokane, WA 99201-1012 | Porsche Financial Services, Inc.<br>c/o Carrera Motors<br>1045 SE 3rd Street<br>Bend, OR 97702-2142 | Porsche Financial Services, Inc.<br>c/o Robert M. Crowley<br>Dorsey & Whitney LLP<br>701 Fifth Avenue, Suite 6100<br>Seattle, WA 98104-7043 |
| PowerSports Network, Inc.<br>P.O. Box 121527<br>Nashville, TN 37212-1527 | PowerSports Network, Inc.<br>P.O. Box 358<br>Sussex, WI 53089-0358 | Premera Blue Cross<br>P.O. Box 34310<br>Seattle, WA 98124-1310 |
| Priority 1 Maintenance<br>P.O. Box 847<br>Otis Orchards, WA 99027-0847 | Qwest<br>P.O. Box 91155<br>Seattle, WA 98111-9255 | RK Stratman, Inc.<br>P.O. Box 795027<br>Saint Louis, MO 63179-0795 |

| | | |
|---|---|---|
| Redding Harley-Davidson, Inc.<br>1268 Twin View Blvd.<br>Redding, CA 96003-1500 | Regence Blue Shield of Idaho<br>P.O. Box 91063<br>Seattle, WA 98111-9163 | Rehn & Associates, Inc.<br>1322 North Post Street<br>Spokane, WA 99201-2520 |
| Reno Harley-Davidson<br>2315 Market Street<br>Reno, NV 89502-1500 | Rettig Osborne Forgette<br>6725 West Clearwater Avenue<br>Kennewick, WA 99336-1788 | Reynolds & Reynolds<br>23150 Network Place<br>Chicago, IL 60637-1231 |
| Richard L. Krauss<br>3249 Cismont Court<br>Wood Bridge, VA 22192-3355 | Ride Now Properties, LLC<br>c/o John D. Munding<br>111 S. Post Street, PH 2290<br>Spokane, WA 99201-4900 | Riders Harley-Davidson<br>4750 Norrell Drive<br>Trussville, AL 35173-2634 |
| SPX Service Solutions<br>28635 Mound Rd. Attn A/R<br>Warren, MI 48092-5509 | Steven Schneider<br>Murphy, Bantz & Bury PS<br>818 W Riverside<br>Suite 631<br>Spokane, WA 99201-0910 | Jennifer D. Shumate<br>4016 Riverhaven Street<br>Pasco, WA 99301-3006 |
| John Michial Shumate<br>4016 Riverhaven Street<br>Pasco, WA 99301-3006 | Shumate 401K<br>MG Trust Company<br>P.O. Box 46546<br>Attn: TPA #000111, Sub Account: 07C27095<br>Denver, CO 80201-6546 | Shumate Spokane, LLC<br>3305 West 19th Avenue<br>Kennewick, WA 99338-2226 |
| Shumate Tri-City, LLC<br>3305 West 19th Avenue<br>Kennewick, WA 99338-2226 | Shumate, Inc.<br>3305 West 19th Avenue<br>Kennewick, WA 99338-2226 | Shumate, John Michial<br>4016 Riverhaven Street<br>Pasco, WA 99301-3006 |
| Signcrafters, Inc.<br>1006 - 16th Avenue<br>Lewiston, ID 83501-3738 | Skip Fordyce Harley Davidson<br>7688 Indiana Avenue<br>Riverside, CA 92504-4150 | (p)SNAP ON CREDIT LLC<br>950 TECHNOLOGY WAY<br>SUITE 301<br>LIBERTYVILLE IL 60048-5339 |
| Snap-on Tools<br>3704 Nicklaus Drive<br>Coeur D Alene, ID 83815-8003 | Sound Harley Davidson<br>16212 Smokey Point Blvd.<br>Marysville, WA 98271-5900 | Spokane County Treasurer<br>P.O. Box 199<br>Spokane, WA 99210-0199 |
| Spokane County Utilities<br>P.O. Box 2355<br>Spokane, WA 99210-2355 | Stamper Co.<br>P.O. Box 3210<br>Rapid City, SD 57709-3210 | State of Washington<br>Department of Revenue<br>2101 4th Ave, Ste 1400<br>Seattle, WA 98121-2300 |
| Steve & Billye Bailey<br>c/o Christopher G. Varallo<br>Witherspoon Kelley<br>422 W. Riverside Ave., Suite 1100<br>Spokane, WA 99201-0300 | Stevenson Advertising<br>16521 - 13th Avenue West<br>Lynnwood, WA 98037-8528 | Superstition Harley-Davidson<br>2910 West Apache Trail<br>Apache Junction, AZ 85120-5208 |

| | | |
|---|---|---|
| Susan J. Mellinger, LLC<br>7421 N.E. Beech Street<br>Portland, OR 97213-5755 | Sweetwater Harley-Davidson<br>3201 Hoover Avenue<br>National City, CA 91950-7223 | TSD<br>1620 Turnpike Street<br>North Andover, MA 01845-6222 |
| Tedd Cycle, Inc.<br>P.O. BOX 473<br>Vails Gate, NY 12584-0473 | Tesoro<br>6021 East Trent Avenue<br>Spokane, WA 99212-1213 | The Carmedic<br>4607 Hedge Road<br>Roxana, IL 62084-2748 |
| The Memory Company<br>25 Downing Drive<br>Phenix City, AL 36869-3342 | The Source<br>218 West San Marcos Blvd.<br>San Marcos, CA 92069-5636 | The Spokesman Review<br>P.O. Box 1906<br>Spokane, WA 99210-1906 |
| Thiessen Oil Co.<br>P.O. Box 265<br>Lewiston, ID 83501-0265 | Throttle Rocker<br>P.O. Box 2478<br>Boulder Creek, CA 95006-2478 | Thunderbolt Harley-Davidson<br>340 Olympic Way<br>Butte, MT 59701-0000 |
| Timpanogos Harley-Davidson<br>555 South Geneva Road<br>Lindon, UT 84042-1746 | Treasure Valley Coffee Company<br>P.O. Box 2585<br>Walla Walla, WA 99362-0333 | Tucker Rocky Distributing, Inc.<br>3048 Paysphere Circle<br>Chicago, IL 60674-0030 |
| U.S. Attorney<br>PO Box 1494<br>Spokane, WA 99210-1494 | U.S. Securities and Exchange Comm.<br>5670 Wilshire Boulevard<br>11th Floor<br>Los Angeles, CA 90036-5627 | US Trustee<br>US Court House<br>920 W Riverside Ave, Suite 593<br>Spokane, WA 99201-1012 |
| Uline<br>2200 South Lakeside Drive<br>Waukegan, IL 60085-8311 | United Parcel Service<br>P.O. Box 2477<br>West Columbia, SC 29171-2477 | United Radio Service<br>5703 Enterprise Parkway<br>East Syracuse, NY 13057-2905 |
| Universal Underwriters Group<br>4396 Paysphere Circle<br>Chicago, IL 60674-0043 | VF Imagewear<br>P.O. Box 641993<br>Pittsburgh, PA 15264-1993 | Valley Chamber of Commerce<br>9507 East Sprague Avenue<br>Spokane, WA 99206-3616 |
| Valley Empire Collection<br>11707 East Montgomery<br>Spokane, WA 99206-4746 | Vance & Hines Motorsports<br>1211 Northfield Drive<br>Brownsburg, IN 46112-2426 | Vandervert Developments, LLC<br>12906 North Addison Street<br>Spokane, WA 99218-8204 |
| Vandervert Developments, LLC<br>608 East Holland<br>Spokane, WA 99218-1255 | Vanlark, Inc.<br>3685 Lick Creek Road<br>Anna, IL 62906-3346 | Christopher G Varallo<br>Witherspoon Kelley<br>422 W Riverside Ave<br>Suite #1100<br>Spokane, WA 99201-0300 |

| | | |
|---|---|---|
| Vintage Parts, LLC<br>P.O. Box 376<br>Beaver Dam, WI 53916-0376 | Vision Service Plan<br>P.O. Box 45200<br>San Francisco, CA 94145-0200 | WA Department of Revenue<br>Attn:Doug Houghton<br>2101 4th Ave, Ste 1400<br>Seattle, WA 98121-2300 |
| WA State Dept of Labor & Industries<br>Bankruptcy Unit<br>POB 44171<br>Olympia WA 98504-4171 | WA State Dept. of Revenue<br>Bankruptcy / Claims Unit<br>2101 Fourth Avenue, #1400<br>Seattle, WA 98121-2379 | Washington State Auto Dealers<br>P.O. Box 58170<br>Seattle, WA 98138-1170 |
| Washington State Taxing Agencies<br>Office of the Attorney General<br>Bankruptcy & Collections Unit<br>800 Fifth Avenue Suite 2000<br>Seattle, WA 98104-3188 | Waste Management<br>P.O. Box 78251<br>Phoenix, AZ 85062-8251 | Whitworth Water District No. 2<br>P.O. Box 28008<br>Spokane, WA 99228-8008 |
| Wiebler's Quad Cities Harley-Davidson<br>5320 Corporate Park Drive<br>Davenport, IA 52807-2992 | Wileyx by Protective Optics, Inc.<br>7491 Longard Road<br>Livermore, CA 94551-8238 | Winzer Corporation<br>P.O. Box 671482<br>Dallas, TX 75267-1482 |
| Wolverine Worldwide<br>P.O. Box 95592<br>Chicago, IL 60694-5592 | XO Communications<br>14239 Collections Center<br>Chicago, IL 60693-0001 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | (d)Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114-0000 | Snap-On Credit LLC<br>950 Technology Way, Suite 301<br>Libertyville, IL 60048-0000 |
| (d)Snap-on Credit LLC<br>950 Technology Way  Suite 301<br>Libertyville, IL 60048 | | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Attorney General's Office
Bankruptcy & Collections Unit
900 Fourth Avenue, Suite 2000
Seattle, WA 98164-0000

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Steve & Billye Bailey

(u)Buell Distribution Company, LLC

(u)Coface North America
Accounts Payable Department
Newton and Associates


(u)GE Capital Franchise Finance Corporation

(u)GMAC

(u)Harley Ace


(u)Harley Davidson Credit

(u)Harley Davidson Credit P&A

(u)Harley-Davidson Motor Company, Inc.


(d)Mark A. Hoff
16507 N. Madison Rd.
Mead, WA 99021-8731

(u)Norman, William

(u)Porsche Financial Services,Inc.


(u)Seven Oaks Motor Sports, LLC

(u)Susan J Mellinger, LLC

End of Label Matrix
Mailable recipients   253
Bypassed recipients    14
Total                 267