JED W. MORRIS　　　　　　　　　　　　The Honorable Frank L. Kurtz
WSBA# 13832
LUKINS & ANNIS, P.S.
717 W Sprague Avenue, Suite 1600
Spokane, WA 99201-0466
Telephone: (509) 455-9555
Facsimile: (509) 747-2323

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

In Re:　　　　　　　　　　　　　　　　No. 09-05081-FLK11
　　　　　　　　　　　　　　　　　　　　CHAPTER 11
SHUMATE SPOKANE, LLC,
　　　　　　　　　　　　　　　　　　　　OBJECTION TO MOTION TO
　　Debtor.　　　　　　　　　　　　　　SELL ASSETS

Harley Davidson Credit Corporation ("HDCC"), by and through its attorneys Lukins & Annis PS, objects to the proposed sales of assets of the Spokane dealership.

1.　The Asset Purchase Agreement does not provide sufficient information for HDCC to determine the amount it will be paid as a consequence of the sale.

2.　Information on distribution of purchase proceeds is necessary for the secured creditors to determine the amount of the purchase price which will be

OBJECTION TO MOTION TO SELL ASSETS: 1

LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

K:\H\HARLEY027695\00001\PLDG\OBJECTION TO MOTION TO SELL ASSETS-031110-PES-JWM.DOCX 5/17/10

applied to their respective loan balances. The allocation should be provided well before the hearing on the motion to approve the sale.

3. The motion does not contain the necessary information required under Local Bankruptcy Rule 6004, including the distribution of sales proceeds.

4. The Debtors may not sell property free and clear of secured claims without the consent of the secured creditors or pursuant to a proceeding in which the Debtors could compel such a sale. No such circumstance exists and HDCC has not consented to this sale.

5. HDCC has requested, but not received assurance of prompt payment upon closing. HDCC objects to any sale that would allow a closing without prompt payment of secured debt.

DATED this 12th day of May, 2010.

LUKINS & ANNIS, P.S.

By _____
JED W. MORRIS
WSBA# 13832
Attorneys for Plaintiff
Harley-Davidson Credit Corp.

OBJECTION TO MOTION TO SELL ASSETS: 2

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

K:\H\HARLEY027695\00001\PLDG\OBJECTION TO MOTION TO SELL ASSETS-031110-PES-JWM.DOCX 5/17/10