DAVID E. EASH
deash@ewinganderson.com
EWING ANDERSON, P.S.
Attorneys at Law
221 N. Wall, Suite 500
Spokane, WA 99201
(509) 838-4261

Attorneys for Debtor.

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| In Re: | |
|---|---|
| SHUMATE SPOKANE, LLC., | NO. 09-05081-FLK11 |
| Debtor. | REPORT OF SALE |

NOTICE IS HEREBY GIVEN that the sale of substantially all of debtor's operating assets, free and clear of liens, has been completed as of July 2, 2010. This sale was authorized by Order Approving Sale of Debtor's Assets Free and Clear of Liens, Encumbrances and Interests entered herein on June 10, 2010 (Docket No. 366).

Attached hereto is the Seller's Closing Statement setting forth the final calculations in connection with the closing. The sum of $110,608.18 has been deposited by the closing agent into the trust account of Ewing Anderson, P.S.

REPORT OF SALE -1-

DATED this 14th day of July, 2010.

EWING ANDERSON, P.S.

By: _____
DAVID E. EASH WSBA #6684
Attorneys for Debtor

REPORT OF SALE -2-

## SELLER'S CLOSING STATEMENT

**SELLER:** Shumate Spokane, LLC
**PURCHASER:** Port Bagnell Motor Sports, LLC
**PROPERTY:** Spokane, WA & Lewiston, ID H-D Dealership Assets
**CLOSING DATE:** July 2, 2010

| Charges & Credits to Seller: | CHARGES | CREDITS |
|---|---:|---:|
| 1. Sale Price<br>　a. Per section 3.1 of ADA - $3,175,000.00<br>　b. Per section 2.4(a)(4) of ADA $1,190,118.54 | | $4,365,118.54 |
| 2. Carve Out from Purchaser per Court Order | | 33,333.00 |
| 3. Broker's Commission to Sunbelt Power Sports | 120,000.00 | |
| 4. One-half Closing Agent's Fee | 7,500.00 | |
| 5. Adjustment in Net Equity Value | 582,664.98 | |
| 6. Less Outstanding Customer Deposits | 14,819.00 | |
| 7. Less Value of Unused Gift Certificates | 6,140.00 | |
| 8. Less 40% of Replacement Cost of Assets Not in Good Working Order | 0.00 | 0.00 |
| 9. Nez Perce County Personal Property Taxes Pro-rated<br>　a. 2009<br>　b. 2010* | 1,614.70<br>731.14 | |
| 10. Payment to H-D Credit Corp. per Court Order ($1,980,921 less $33,333 carve out) | 1,947,588.00 | |
| 11. Payment to GE Capital Franchise ($400,00 less $33,333 carve out) | 366,667.00 | |
| 12. Escrow Holdback | 50,000.00 | |
| 13. Adjustment for New Physical Inventory | 0.00 | 0.00 |
| 14. Purchaser's Assumption of H.D. Floor Plan Liabilities | 1,190,118.54 | |
| Subtotals | 4,287,843.36 | 4,398,451.54 |
| Due Seller at Closing | 110,608.18 | |
| TOTALS | $4,398,451.54 | $4,398,451.54 |

\*　Estimated

Seller's Closing Statement – 1